Bobby A. WILLIAMS, Plaintiff–Appellant,

v.

Evelyn RIDLEY–TURNER, et al., Defendants–Appellees.

No. 06–1760.

United States Court of Appeals, Seventh Circuit.

Submitted Dec. 15, 2006.

Decided Dec. 28, 2006.

Bobby A. Williams, Jackson, MI, pro se.

Steve Carter, Office of the Attorney General, Indianapolis, IN, for Defendants–Appellees.

Before Hon. RICHARD A. POSNER, Hon. DIANE P. WOOD, and Hon. TERENCE T. EVANS, Circuit Judges.

## ORDER

After we vacated the dismissal of, and remanded this prisoner's civil rights suit, the defendants moved for summary judgment, which the district court granted in a careful opinion. The plaintiff has again appealed. We find no error in the district court's decision, and therefore, affirm the judgment on the basis of the analysis in the district court's opinion.

AFFIRMED.